PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRIA
ROBERT C. ABENDROTH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-00014-JAM |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| AMANI INVESTMENTS, LLC, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Amani Investments, LLC, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.      Pursuant to 31 U.S.C. § 5317(c)(1)(A), defendant Amani Investments, LLC's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

a.   2019 Mercedes-Benz E63 AMG-S, VIN: WDDZF8KB8KA608709, California License Number 1UEV351,
b.   Approximately 0.041836 Bitcoin,
c.   One (1) Bitcoin Casascius Coin,
d.   One (1) Canadian Gold Coin,
e.   One (1) American Eagle Gold Coin,
f.   One (1) Cummins Allison Money Counter,
g.   Approximately $3,050.00 Seized from Lamassu BTM in Oakland, California,
h.   Approximately $51,590.00 Seized from Lamassu BTM in San Jose, California,
i.   Approximately $2,475.00 Seized from Lamassu BTM in Oakland, California,
j.   Approximately $1,945.00 Seized from Lamassu BTM in San Jose, California,

k.   Approximately $20,090.00 Seized from Lamassu BTM in San Francisco, California,
l.   Approximately $3,115.00 Seized from Lamassu BTM in Hayward, California,
m.   Approximately $24,890.00 Seized from Lamassu BTM in Berkeley, California,
n.   Approximately $3,800.00 Seized from Lamassu BTM in Cotati, California,
o.   Approximately $3,325.00 Seized from Lamassu BTM in San Pablo, California,
p.   Approximately $3,785.00 Seized from Lamassu BTM in Pleasant Hill, California,
q.   Approximately $2,835.00 Seized from Lamassu BTM in Concord, California,
r.   Approximately $6,480.00 Seized from Lamassu BTM in Sacramento, California,
s.   Approximately $22,660.00 Seized from Lamassu BTM in Roseville, California,
t.   Approximately $14,805.00 Seized from Lamassu BTM in Sacramento, California,
u.   Approximately $10,340.00 Seized from Lamassu BTM in Stockton, California,
v.   Approximately $6,010.00 Seized from Lamassu BTM in Sacramento, California,
w.   Approximately $6,125.00 Seized from Lamassu BTM in Sacramento, California,
x.   Approximately $130.00 Seized from Lamassu BTM in Fairfield, California,
y.   Approximately $5,915.00 Seized from Lamassu BTM in Vallejo, California, and
z.   Approximately $806,635.00 of the $1,712,611.00 in U.S. Currency seized from Managing Officer A's residence.

2.   The above-listed property was involved in or property traceable to violations of 18 U.S.C. § 371 and 31 U.S.C. § 5313.

3.   Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Customs and Border Protection – Homeland Security Investigations or the U.S. Marshals Service, in their secure custody and control.

4.   a.   Pursuant to 31 U.S.C. § 5317(c)(1)(B), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court

///

2

will enter a Final Order of Forfeiture pursuant to 31 U.S.C. § 5317(c)(1)(A), in which all interests will be addressed.

SO ORDERED this 23rd day of February, 2023.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

3

Preliminary Order of Forfeiture