THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>AMANI INVESTMENTS, LLC<br><br>   Defendant. | Case No.: 2:23-cr-00014-JAM<br><br>**STIPULATION AND ORDER TO SENTENCE WITHOUT PROBATION REPORT** |

The Defendant, Amani Investments, LLC, plead guilty on February 7, 2023 to Count 1 of the Information, 18 U.S.C § 371, Conspiracy (E.C.F. 1). The plea agreement (E.C.F. 8) sets forth the specific terms of the plea. The Plea Agreement specifically sets forth the terms of forfeiture (See Section E of Plea Agreement).

There is no additional information that the parties believe will be produced by a Presentence Investigation Report. Both parties are satisfied to proceed to sentencing without a Presentence Investigation Report. It is the request of both parties that the court proceed to Judgment and Sentencing without a presentencing report on September 12, 2023.

/ / /

/ / /

- 1 -

- 2 -

**IT IS SO STIPULATED.**

DATED:  August 28, 2023            PHILIP A. TALBERT
                                                   United States Attorney

                                                   /s/ Robert Abendroth,
                                                   ROBERT ABENDROTH,
                                                   Assistant U.S. Attorney

DATED:  August 28, 2023            PHILIP A. TALBERT
                                                   United States Attorney

                                                   /s/ Veronica M.A. Alegria
                                                   VERONICA M.A. ALEGRIA,
                                                   Assistant U.S. Attorney

DATED:  August 28, 2023

                                                   /s/ Thomas A. Johnson
                                                   THOMAS A. JOHNSON
                                                   Attorney for Amani Investments, LLC

## ORDER

**IT IS SO FOUND AND ORDERED.**

Dated: August 28, 2023           /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE