PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRIA
ROBERT C. ABENDROTH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMANI INVESTMENTS, LLC,<br><br>    Defendant. | 2:23-cr-00014-JAM<br><br>**FINAL ORDER OF FORFEITURE** |

On or about February 24, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 31 U.S.C. § 5317(c)(1)(A), based upon the plea agreement entered into between plaintiff and defendant Amani Investments, LLC forfeiting to the United States the following property:

   a. 2019 Mercedes-Benz E63 AMG-S, VIN: WDDZF8KB8KA608709, California License Number 1UEV351,
   b. Approximately 0.041836 Bitcoin,
   c. One (1) Bitcoin Casascius Coin,
   d. One (1) Canadian Gold Coin,
   e. One (1) American Eagle Gold Coin,
   f. One (1) Cummins Allison Money Counter,
   g. Approximately $3,050.00 seized from Lamassu BTM in Oakland, California,
   h. Approximately $51,590.00 seized from Lamassu BTM in San Jose, California,
   i. Approximately $2,475.00 seized from Lamassu BTM in Oakland, California,
   j. Approximately $1,945.00 seized from Lamassu BTM in San Jose, California,
   k. Approximately $20,090.00 seized from Lamassu BTM in San Francisco, California,
   l. Approximately $3,115.00 seized from Lamassu BTM in Hayward, California,
   m. Approximately $24,890.00 seized from Lamassu BTM in Berkeley, California,
   n. Approximately $3,800.00 seized from Lamassu BTM in Cotati, California,
   o. Approximately $3,325.00 seized from Lamassu BTM in San Pablo, California,
   p. Approximately $3,785.00 seized from Lamassu BTM in Pleasant Hill, California,

      q. Approximately $2,835.00 seized from Lamassu BTM in Concord, California,
      r. Approximately $6,480.00 seized from Lamassu BTM in Sacramento, California,
      s. Approximately $22,660.00 seized from Lamassu BTM in Roseville, California,
      t. Approximately $14,805.00 seized from Lamassu BTM in Sacramento, California,
      u. Approximately $10,340.00 seized from Lamassu BTM in Stockton, California,
      v. Approximately $6,010.00 seized from Lamassu BTM in Sacramento, California,
      w. Approximately $6,125.00 seized from Lamassu BTM in Sacramento, California,
      x. Approximately $130.00 seized from Lamassu BTM in Fairfield, California,
      y. Approximately $5,915.00 seized from Lamassu BTM in Vallejo, California, and
      z. Approximately $806,635.00 of the $1,712,611.00 in U.S. Currency seized from Managing Officer A's residence.

Beginning on February 28, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have a potential interest in the property:

      a. Rubina Alvi:  A notice letter was sent via certified mail to Rubina Alvi at 512 Renaissance Place, El Dorado Hills, CA 95762 on March 13, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Rehan Alvi on March 15, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 31 U.S.C. § 5317(c)(1)(A), including all right, title, and interest of Amani Investments, LLC and Rubina Alvi:

      a. 2019 Mercedes-Benz E63 AMG-S, VIN: WDDZF8KB8KA608709, California License Number 1UEV351,
      b. Approximately 0.041836 Bitcoin,
      c. One Bitcoin Casascius Coin,
      d. One Canadian Gold Coin,
      e. One American Eagle Gold Coin,
      f. One Cummins Allison Money Counter,
      g. Approximately $3,050.00 seized from Lamassu BTM in Oakland, California, plus all accrued interest,
      h. Approximately $51,590.00 seized from Lamassu BTM in San Jose, California, plus all accrued interest,

      i.      Approximately $2,475.00 seized from Lamassu BTM in Oakland, California, plus all accrued interest,

      j.      Approximately $1,945.00 seized from Lamassu BTM in San Jose, California, plus all accrued interest,

      k.      Approximately $20,090.00 seized from Lamassu BTM in San Francisco, California, plus all accrued interest,

      l.      Approximately $3,115.00 seized from Lamassu BTM in Hayward, California, plus all accrued interest,

      m.      Approximately $24,890.00 seized from Lamassu BTM in Berkeley, California, plus all accrued interest,

      n.      Approximately $3,800.00 seized from Lamassu BTM in Cotati, California, plus all accrued interest,

      o.      Approximately $3,325.00 seized from Lamassu BTM in San Pablo, California, plus all accrued interest,

      p.      Approximately $3,785.00 seized from Lamassu BTM in Pleasant Hill, California, plus all accrued interest,

      q.      Approximately $2,835.00 seized from Lamassu BTM in Concord, California, plus all accrued interest,

      r.      Approximately $6,480.00 seized from Lamassu BTM in Sacramento, California, plus all accrued interest,

      s.      Approximately $22,660.00 seized from Lamassu BTM in Roseville, California, plus all accrued interest,

      t.      Approximately $14,805.00 seized from Lamassu BTM in Sacramento, California, plus all accrued interest,

      u.      Approximately $10,340.00 seized from Lamassu BTM in Stockton, California, plus all accrued interest,

      v.      Approximately $6,010.00 seized from Lamassu BTM in Sacramento, California, plus all accrued interest,

      w.      Approximately $6,125.00 seized from Lamassu BTM in Sacramento, California, plus all accrued interest,

      x.      Approximately $130.00 seized from Lamassu BTM in Fairfield, California, plus all accrued interest,

      y.      Approximately $5,915.00 seized from Lamassu BTM in Vallejo, California, plus all accrued interest, and

      z.      Approximately $806,635.00 of the $1,712,611.00 in U.S. Currency seized from Managing Officer A's residence, plus all accrued interest.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Customs and Border Protection – Homeland Security Investigations and the U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

**IT IS SO ORDERED.**

Dated:  October 16, 2023          /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE